**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DEWEY AUSTIN BARNETT, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No.  4:25-cv-00184-JMB |
| DAVID RICHARD WILSON, II, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented plaintiff's complaint, which he titles "Verified Petition/Complaint/Affidavit Report of Misconduct Verified Affidavit/Evidence in Support of Same, etc."  The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 13th day of February, 2025.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES DISTRICT JUDGE